UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZANE HUBBARD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DAVID BAUGHMAN, et al.,<br><br>　　　　　Defendants. | 1:19-cv-00992-JDP<br><br>ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA |

　　　　Plaintiff is a state prisoner proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983. Plaintiff has also filed a request to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. ECF No. 2. In his complaint, ECF No. 1, plaintiff alleges that his rights were violated in Sacramento County, which is part of the Sacramento Division of the United States District Court for the Eastern District of California. Therefore, the complaint should have been filed in the Sacramento Division.

　　　　Pursuant to Local Rule 120(f), a civil action that has not been commenced in the proper court may, on the court's own motion, be transferred to the proper court. Accordingly, this action is ordered transferred to the Sacramento Division. This court will not rule on plaintiff's request to proceed *in forma pauperis*.

1

IT IS SO ORDERED.

Dated: August 2, 2019

_____
UNITED STATES MAGISTRATE JUDGE

205